IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) |
| Plaintiff, | ) Civil Action No. 2:13-cv-01205 NBF ) |
| v. | ) ) |
| GUARDIAN ANGEL AMBULANCE SERVICE, INC., | ) ) ) |
| Defendant. | ) ) |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff U.S. Equal Employment Opportunity Commission, through undersigned counsel, hereby gives notice that the above-captioned action is voluntarily dismissed, with prejudice, against the Defendant Guardian Angel Ambulance Service, Inc., as Defendant has paid all monetary amounts owing as alleged in the Complaint (Docket No. 1).

Date:    9/9 /2013    /s/ Deborah A. Kane
DEBORAH A. KANE
SENIOR TRIAL ATTORNEY
Pa. I.D. No. 92531
EEOC – Pittsburgh Area Office
1000 Liberty Avenue, Suite 1112
Pittsburgh, PA 15222
(412) 395-5866
(412) 395-5749 (facsimile)
deborah.kane@eeoc.gov

## **CERTIFICATE OF SERVICE**

I, Deborah A. Kane, Senior Trial Attorney for the United States Equal Employment Opportunity Commission, hereby certify that on this 9th day of September, 2013, the foregoing Notice of Voluntary Dismissal was sent by United States first class mail, postage prepaid, to the following:

JOHN MCAFEE, PRESIDENT
Guardian Angel Ambulance Services
411 West 8th Avenue
West Homestead, Pa 15120

*Defendant*

 */s/ Deborah A. Kane*
Deborah A. Kane